IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DORIS S. DOCKETT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:09cv937-MHT |
| | ) | (WO) |
| CAPITAL ONE BANK, N.A., | ) | |
| a foreign corporation, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 27), it is the ORDER, JUDGMENT, and DECREE of the court that defendant GE Money Bank and the claims against it are dismissed with prejudice, with the parties to bear their own attorneys' fees, costs, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of December, 2009.

                   /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE