IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DORIS S. DOCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv937-MHT |
| | ) | (WO) |
| CAPITAL ONE BANK, N.A., | ) | |
| a foreign corporation, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Based on plaintiff Deloris S. Dockett's response (doc. no. 33), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (doc. no. 16) is granted.

(2) Defendant Capital One Bank, N.A. (also known as Capital One Bank (USA) N.A.) and the claims against it are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of January, 2010.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE