IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DORIS S. DOCKETT,            )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )           2:09cv937-MHT
                             )               (WO)
CAPITAL ONE BANK, N.A.,      )
a foreign corporation,       )
et al.,                      )
                             )
    Defendants.              )
```

JUDGMENT

Based on plaintiff Deloris S. Dockett's response (doc. no. 33), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (doc. no. 16) is granted.

(2) Defendant Capital One Bank, N.A. (also known as Capital One Bank (USA) N.A.) and the claims against it are dismissed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 7th day of January, 2010.**

                                   <u>/s/ Myron H. Thompson</u>
                                   **UNITED STATES DISTRICT JUDGE**