UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Deloris S. Dockett**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **Civil Action No.:** 2:09-cv-937 |
| ) | |
| **Capital One Bank, N.A., et al.,** ) | |
| ) | |
| *Defendants.* ) | |

## *UNOPPOSED* MOTION TO DISMISS WITH PREJUDICE

**COMES NOW** the Plaintiff by and through the undersigned, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, and moves this Honorable Court to dismiss with prejudice all claims against Defendant Wells Fargo Financial Alabama, Inc., with the Parties bearing their own costs, attorneys' fees and expenses.

In addition, the undersigned respectfully notifies this Honorable Court that this case is due to be closed at this time.

**RESPECTFULLY SUBMITTED** this the 20th day of April, 2010.

/s/ **Anthony B. Bush**
Anthony B. Bush (BUS028)
ASB-7306-A54B
*Attorney for Plaintiff*
Lewis, Bush & Faulk, LLC
The Bailey Building
400 South Union Street, Ste 230
Montgomery, AL 36104
Phone:       (334) 263-7733
Facsimile:   (334) 832-4390
anthonybbush@yahoo.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system, on this the 20th day of April, 2010, on the following:

 **All Parties of Record.**

                **/s/ Anthony Brian Bush**
                Anthony B. Bush (BUS028)
                Of Counsel