IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DORIS S. DOCKETT,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       2:09cv937-MHT
                               )           (WO)
CAPITAL ONE BANK, N.A.,        )
a foreign corporation,         )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 39) is granted and that defendant Wells Fargo Financial Alabama, Inc., and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Also, the clerk of the court is to close this case.

DONE, this the 23rd day of April, 2010.


                     /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**